UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN RICE,

    Plaintiff,

v.                                                                      Case No. 09-10571
                                                                 Hon. Lawrence P. Zatkoff

COMMISSIONER OF
SOCIAL SECURITY

    Defendant.
    _____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's opinion and order dated February 10, 2010, Plaintiff's action is DISMISSED WITH PREJUDICE.

Dated at Port Huron, Michigan, this 12th day of March, 2010.

                                                             DAVID J. WEAVER
                                                             CLERK OF THE COURT

                                    BY:    S/Marie E. Verlinde
                                                             Marie E. Verlinde
                                                             Case Manager

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE